**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6538**

———————

UNITED STATES OF AMERICA,

                                        Plaintiff - Appellee,

        versus

JOSEPH RICKY DODD, a/k/a Big Stuff,

                                        Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Henry Coke Morgan, Jr., District Judge.  (CR-96-153, CA-00-896-2)

———————

Submitted:  June 12, 2003          Decided:  June 23, 2003

———————

Before WIDENER, LUTTIG, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Joseph Ricky Dodd, Appellant Pro Se.  Laura P. Tayman, OFFICE OF THE UNITED STATES ATTORNEY, Norfolk, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Joseph Ricky Dodd appeals the district court's order denying his motion to reduce his sentence under 18 U.S.C. § 3582(c)(2) (2000). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Dodd, Nos. CR-96-153; CA-00-896-2 (E.D. Va. Mar. 18, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED